FILED
LEWIS COUNTY

2020 MAY 26 AM 11:06

SUPERIOR COURT
CLERK'S OFFICE

SUPERIOR COURT
LEWIS COUNTY, WASHINGTON



| | | |
|---|---|---|
| JEFFREY HAINES, | ) | **20 2 0039421** |
| PLAINTIFF, | ) No. | |
| | ) | COMPLAINT FOR DAMAGES |
| vs. | ) | |
| | ) | |
| CITY OF CENTRALIA, CENTRALIA POLICE DEPT., | ) | |
| Chief Nielsen of the Centralia Police Dept., | ) | |
| various unnamed police officers and staff; | ) | |
| DEFENDANTS | ) | |

1. Jeffrey Haines is a resident of Lewis County, Washington.

2. The City of Centralia is a Washington municipal corporation.

3. The Centralia Police Department is constituted under the laws of the state of Washington. Chief Nielsen was the chief of the Centralia Police Department during all times pertinent to this complaint.

4. Jeffrey Haines was charged with DUI in Centralia Municipal Court. He was placed on a pre-trial 24/7 alcohol monitoring program which required him to travel to Centralia twice a day, every day, and submit a sample of his breath for alcohol content. If the portable breath test machine, which has never been shown in court to be accurate and reliable, and is not admissible in court, showed a positive reading, Haines was taken to jail without any hearing in court or even any notice to his lawyer. He was taken to jail for a predetermined length of time and given no bail so that he could not bail out. There was zero means to prevent false imprisonment or incarceration due to mistakes or inaccurate or unreliable evidence.

5. The 24/7 program was run by the Centralia Police Dept. Various police officers were given authority to jail Haines at their sole discretion, and they needed no further authority from a judge or anyone else. If Haines was late for his twice per day breath tests, or the portable breath test device reported alcohol, or if officers believed Haines had been in a bar or tavern – they jailed him, and gave him no hearing and gave no notice to his lawyer, and there was never a confirmation test done on a breath test machine shown to be accurate and reliable. Haines simply had to sit in jail until he had served his time, and his lawyer did not even know he was there most of the time. Haines was jailed this way on a number of occasions and never once received a hearing prior to being jailed.

6. The law in this state is clear and has been for a number of years. Tests of bodily substances for evidence are searches, and require a search warrant, which in turn requires probable cause. *State v. Rose*, 146 Wn. App. 439, 191 P.3d 83 (2008); *Blomstrom v. Tripp*, 189 Wn.2d 379, 402 P.3d 831 (2017). Jeffrey Haines was required to perform many UA's, and there was never a search warrant. He was jailed many times without due process of law as well.

Therefore, the Plaintiff prays for the following relief:

Damages for each day he was incarcerated; damages for each time he was jailed without a hearing designed to detect and prevent false imprisonments, and damages for each time he was jailed without any notice to his lawyer, interfering with the fundamental right to counsel of choice.

DATED: May 21, 2020

Bruce Finlay, WSBA #18799
Attorney for Plaintiff
P.O. Box 3
Shelton, WA 98584
(360) 432-1778

FILED
LEWIS COUNTY
2020 MAY 26 AM 11:06
SUPERIOR COURT
CLERK'S OFFICE



20-2-00394-21
8M      1
Summons
8237957

SUPERIOR COURT
LEWIS COUNTY, WASHINGTON

**20 2 0039421**

JEFFREY HAINES, )
    PLAINTIFF, ) No.
)
vs. ) SUMMONS
) (Twenty Days)
)
CITY OF CENTRALIA, CENTRALIA POLICE DEPT., )
Chief Nielsen of the Centralia Police Dept., )
various unnamed police officers and staff; )
DEFENDANTS )

    TO THE DEFENDANTS: A lawsuit has been started against you in the above entitled court by Jeffrey Haines, Plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this summons.

    In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 21st day of May, 2020.

Bruce Finlay, WSBA #18799
Attorney for Plaintiff
POB 3
Shelton, WA 98584
360-432-1778
brucef@hcc.net