UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY HAINES,<br><br>                    Plaintiff,<br>     v.<br><br>CITY OF CENTRALIA, *et al.*,<br><br>                    Defendants. | No. C20-5576RSL<br><br>CERTIFICATION OF<br>CONSTITUTIONAL CHALLENGE |

To:    Washington State Attorney General
         1125 Washington Street SE
         P.O. Box 40100
         Olympia, WA 98504-0100

      The United States District Court for the Western District of Washington, Seattle Division, hereby certifies that a constitutional challenge to the 24/7 sobriety program authorized by RCW 36.28A.300, *et seq*., and implemented by defendants in this case has been raised in plaintiff's response to defendants' motion for summary judgment. Dkt. # 14. Whether plaintiff is challenging the 24/7 sobriety program on its face or as applied in the City of Centralia is unclear at this point. In accordance with 28 U.S.C § 2403 and Fed. R. Civ. P. 5.1, the Washington State Attorney General may, at his discretion, intervene to be heard on this issue within 60 days of this certification.

CERTIFICATION OF CONSTITUTIONAL CHALLENGE

Dated this 16th day of December, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CERTIFICATION OF CONSTITUTIONAL CHALLENGE - 2