1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

JEFFREY HAINES,

                              Plaintiff,

            vs.

CITY OF CENTRALIA, CENTRALIA POLICE
DEPT., CHIEF NIELSON of the Centralia
Police Dept., various unnamed police officers
and staff,

                              Defendants

**CASE NO.  3:20-cv-05576-RSL**

**ORDER GRANTING**
**STIPULATED ORDER OF**
**DISMISSAL WITH**
**PREJUDICE PURSUANT TO**
**RULE 41(a)(2)**

THIS MATTER, having come before the Court pursuant to the parties'
Stipulation that this case be dismissed with prejudice and without cost to either party, and the
Court considering itself fully advised, it is hereby

ORDERED ADJUDGED AND DECREED that this case is dismissed with
prejudice and without cost to either party.

**STIPULATED ORDER OF DISMISSAL**
**Case No.: 3:20-cv-05576**

BRUCE FINLAY
ATTORNEY AT LAW
POBOX 3
SHELTON, WASHINGTON 98584
(360) 432-1778

1    Dated this 12th day of March, 2021.

2

3                                          _MMP S Lasnik_
                                           Honorable Robert S. Lasnik
4                                          United States District Judge

5

6

7

8

9    _____/s/_____
     Bruce Finlay, WSBA No. 18799
10   P.O. Box 3
     Shelton, WA 98584
11   Phone: (360) 432-1778
     Email: brucef@hcc.net
12

13   _____/s/_____
     John E. Justice, WSBA № 23042
14   Amanda Bley Kuehn, WSBA № 42450
     Attorney for Defendants
15   P.O. Box 11880, Olympia, WA 98508
     Phone:  (360) 754-3480 Fax: 360-754-3480
16   Email: jjustice@lldkb.com
     Email : abley@lldkb.com
17

18

19

20

21

22

23

24

25

26

**STIPULATED ORDER OF DISMISSAL**
**Case No.: 3:20-cv-05576**